**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEBER NOEL MORAN,<br><br>　　　　Defendant. | Case No. 2:23-mj-00653-MDC<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the bench trial currently scheduled for February 7, 2024 at 9:00 a.m., be vacated and continued to March 13, 2024 at 9:00 am in LV Courtroom 3A.

　　DATED this 6th day of February, 2024

_____
UNITED STATES MAGISTRATE JUDGE