UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

    Plaintiff,

v.

Heber Noel Moran,

    Defendant.

Case No. 2:23-mj-00653-MDC

**Order**

The Court finds that Mr. Moran has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that Mr. Moran is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

DATED this 24th day of September, 2024.

_____
UNITED STATES MAGISTRATE JUDGE